OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

02 1R
0000557458
MAILED FROM ZIPCODE 78701

$ 00.26⁵
DEC 16 2014
PINEY BOWES

WR-62,603-06

12/8/2014

GONZALES, JOHN EDWARD Tr. Ct. No. 959620-B

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JOHN EDWARD GONZALES
TDCJ #1241742

RETURNED FOR BETTER

Discharged
RTS